UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HEATHER REBECCA LYN BAUGHMAN, *et al.*, | : : : | |
| Plaintiffs, | : : | Case No. 3:23-cv-216 |
| v. | : : | Judge Thomas M. Rose |
| THE DAYTON MOTOR COMPANY, LLC d/b/a/ HARLEY DAVIDSON OF XENIA, | : : : | |
| Defendant. | | |

| | | |
|---|---|---|
| TOM MEININGER, | : : | |
| Plaintiff, | : : | Case No. 3:24-cv-147 |
| v. | : : | Judge Thomas M. Rose |
| THE DAYTON MOTOR COMPANY, LLC d/b/a/ HARLEY DAVIDSON OF XENIA, | : : : | |
| Defendant. | | |

**ENTRY AND ORDER GRANTING JOINT MOTION TO CONSOLIDATE AND ESTABLISH A NEW COMMON CALENDAR ORDER (DOC. NO. 11)**

Pursuant to Fed. R. Civ. P. 42(a), the Court finds common questions of law and fact exist as to the two above captioned matters. The Court therefore **DIRECTS** the Clerk of Court to consolidate both matters under the matter captioned: *Heather Rebecca Lyn Baughman, et al., v. The Dayton Motor Company, LLC d/b/a Harley Davidson of Xenia*, 3:23-cv-216. The Court additionally **ORDERS** that not further filings be made on the docket in the matter captioned: *Tom Meininger v. The Dayton Motor Company, LLC d/b/a Harley Davidson of Xenia*, 3:24-cv-147.

1

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, October 3, 2024.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE