IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BAUGHMAN et al., | * | CASE NO. 3:23-CV-00216 |
| | * | |
| Plaintiffs, | * | JUDGE WALTER H. RICE |
| | * | |
| -vs- | * | MAGISTRATE JUDGE PETER B. |
| | * | SILVAIN JR. |
| THE DAYTON MOTOR COMPANY, | * | |
| LLC d/b/a HARLEY DAVIDSON OF | * | **ORDER GRANTING JOINT MOTION** |
| XENIA | * | **TO VACATE PRELIMINARY** |
| | * | **PRETRIAL CONFERENCE ORDER,** |
| Defendant. | | **TRIAL DATE, AND PRETRIAL** |
| | | **DEADLINES** |

This matter is before the Court on the Parties Joint Motion to Vacate Preliminary Pretrial Conference Order, Trial Date, and Pretrial Deadlines. The Court finds the Motion well taken and the same is hereby GRANTED, and the Preliminary Pretrial Conference Order, Trial Date, and Pretrial Deadlines are hereby VACATED.

The Court will schedule a telephone conference to discuss these matters in the near future.

SO ORDERED.

*Walter H. Rice*
JUDGE WALTER H. RICE