IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HEATHER REBECCA
LYN BAUGHMAN, *et al.*,

Plaintiffs,

Case No. 3:23-cv-216

vs.

THE DAYTON MOTOR COMPANY, LLC d/b/a HARLEY DAVIDSON OF XENIA, *et al.*,

District Judge Michael J. Newman

Defendants.

---

**ORDER: (1) DENYING WITHOUT PREJUDICE AND SUBJECT TO RENEWAL PLAINTIFFS' MOTION IN LIMINE (Doc. No. 60); (2) DENYING WITHOUT PREJUDICE AND SUBJECT TO RENEWAL DEFENDANT DAVE COTEREL'S MOTION IN LIMINE (Doc. No. 61); (3) DENYING WITHOUT PREJUDICE AND SUBJECT TO RENEWAL DEFENDANT DAYTON MOTOR COMPANY, LLC'S MOTION IN LIMINE (Doc. No. 62); (4) DENYING WITHOUT PREJUDICE AND SUBJECT TO RENEWAL DEFENDANTS DAVE COTEREL, THE DAYTON MOTOR COMPANY, LLC, AND DAYTON MOTOR COMPANY'S MOTION IN LIMINE (Doc. No. 63); AND (5) DENYING AS MOOT PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE (Doc. No. 77)**

---

This civil case was previously scheduled for trial before United States District Judge Walter H. Rice without consideration on summary judgment, and is now on this Courts's docket following Judge Rice's retirement. *See* Doc. No. 71. On July 17, 2026, the Court issued an Order requiring summary judgment briefing. Doc. No. 72. Plaintiffs filed a motion for reconsideration (Doc. No. 78), which the Court denied (Doc. No. 86). In accordance with the Court's Order, Defendants filed a motion for summary judgment, which is now ripe for review. Doc. No. 83.

In light of the summary judgment briefing, the Court **DENIES WITHOUT PREJUDICE AND SUBJECT TO RENEWAL** the parties' motions in limine (Doc. Nos. 60, 61, 62, 63).

Further, the Court **DENIES AS MOOT** Plaintiffs' motion for leave to file reply memorandum in support of their motion in limine (Doc. No. 77).

**IT IS SO ORDERED.**

November 4, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge